**MODIFY and AFFIRM; and Opinion Filed April 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00916-CR

---

### SCOTT RICHARD THORNTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the Criminal District Court No. 5
### Dallas County, Texas
### Trial Court Cause No. F13-00327-L

---

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Brown

A jury convicted Scott Richard Thornton of indecency with a child. *See* TEX. PENAL CODE ANN. § 21.11(a) (West 2011). The trial court assessed punishment, enhanced by two prior felony convictions, at twenty-five years' imprisonment. In a single issue, appellant contends the judgment should be modified to show the correct offense for which he was convicted. We modify the trial court's judgment and affirm as modified.

The record shows appellant was indicted for and pleaded not guilty to indecency with a child. The indictment did not allege the contact was continuous. However, the trial court's judgment incorrectly states the offense for which appellant was convicted is "indecency with a

child continuous." We sustain appellant's sole issue. We modify the judgment to show the offense for which appellant was convicted is "indecency with a child." *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140916F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SCOTT RICHARD THORNTON,
Appellant

No. 05-14-00916-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 5 of Dallas County, Texas (Tr.Ct.No.
F13-00327-L).
Opinion delivered by Justice Brown, Chief
Justice Wright and Justice Stoddart
participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Offense for which Defendant Convicted" is modified to show "Indecency with a child."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered April 29, 2015.